JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON LEON BIBBS, | ) Case No. CV 22-7673-JVS (JPR) |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| ROB ST. ANDRE, | ) |
| Respondent. | ) |

Pursuant to the Order Dismissing "Habeas Petition" as Disguised Civil-Rights Action,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: January 12, 2023

JAMES V. SELNA
U.S. DISTRICT JUDGE